FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLIN SCHWARTZMANN, <br><br> Plaintiff, <br><br> v. <br><br> SAVVAS LEARNING COMPANY LLC, <br><br> Defendant. | No. 2:22-CV-0031-MKD <br><br> ORDER DISMISSING ACTION WITH PREJUDICE <br><br> **ECF No. 7** |

Before the Court is the parties' Stipulation and Proposed Order of Dismissal with Prejudice of All Claims Asserted Against Defendant, ECF No. 7. The parties jointly request the Court dismiss this action with prejudice and with each party bearing its own fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the notice of stipulation and dismisses the action with prejudice.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation and Proposed Order of Dismissal with Prejudice of All Claims Asserted Against Defendant, **ECF No. 7**, is **ACCEPTED**.

ORDER - 1

2. This action is **DISMISSED with prejudice**, with all parties to bear their own fees and costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 19, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2